UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOSEPH DARKU, Plaintiff, -against- CITY OF NEW YORK et al., Defendants. | : | 26 Civ. 8905 (LGS) ORDER |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pre-trial conference is scheduled for December 1, 2026, at 3:15 P.M.

WHEREAS, the Order entered October 16, 2026, directed the parties to file the joint pre-conference letter and proposed case management plan by November 20, 2026.

WHEREAS, the parties did not file the pre-conference materials. It is hereby

**ORDERED** that, as soon as possible and by no later than **November 24, 2026**, the parties shall file the pre-conference materials.

Dated: November 23, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE