STEVEN BANKS
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JOSEPH CAPIO
Tel.: (212) 356-2318
Fax: (212) 356-3509
jcapio@law.nyc.gov

November 25, 2026

Application **GRANTED**. The initial pre-trial conference scheduled for December 1, 2026 is adjourned to **January 5, 2027 at 3:15 P.M.** By **December 28, 2026**, the parties shall file the pre-conference materials.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 14.

Dated: November 25, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Joseph Darku v. City of New York, et al.,
26 Civ. 08905 (LGS)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing Defendant City of New York in the above-referenced matter. Defendant City respectfully writes to request (1) an adjournment of the initial pre-trial conference currently scheduled for December 1, 2026, at 3:15 p.m., to a date and time convenient for the Court following Defendant City's December 31, 2026 deadline to answer or otherwise respond to the Complaint; and (2) a corresponding extension of time for the parties to file their joint pre-conference letter and proposed case management plan. Plaintiff's counsel consents to these requests. Additionally, the undersigned sincerely apologizes to the Court for missing the original deadline and for the untimeliness of the instant request as this matter was recently transferred to the undersigned.

As the Court is aware, on October 16, 2026, the Court scheduled an initial pre-trial conference for December 1, 2026, and directed the parties to file a joint pre-conference letter and proposed case management plan by November 20, 2026. See ECF No. 5. On November 23, 2026, the Court noted that the parties had not filed the requisite pre-conference materials and *sua sponte* extended the deadline to November 24, 2026. See ECF No. 12. This matter was recently transferred from this Office's General Litigation Division to its Special Federal Litigation Division and assigned to the undersigned. Accordingly, the undersigned requires additional time to familiarize himself with the matter and meet and confer with Plaintiff's counsel to meaningfully comply with the parties' obligations under Rule 16 of the Federal Rules of Civil Procedure and the Court's

October 16, 2026 Order. The requested adjournment and corresponding extension of time does not affect any other deadlines in this matter, including Defendant City's December 31, 2026 deadline to answer or otherwise respond to the Complaint.

Thank you for your consideration herein.

Respectfully submitted,

/s/ Joseph Capio
Joseph Capio
Assistant Corporation Counsel
Special Federal Litigation Division

cc: **VIA ECF**
Vik Pawar, Esq.
*Attorney for Plaintiff Joseph Darku*